**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joeph Nacarelli                                  CHAPTER 13

                              Debtor(s)

                                                        BKY. NO. 26-10828 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Matthew Fissel*

                                        Matthew Fissel
                                        24 Mar 2026, 14:06:13, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322

Document ID: a299361337909fd32185628d58d77b3ec2d40ca9450157655f9fbdd396532a83