**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In Re:  **Joeph Nacarelli**                          : **Bankruptcy No. 26-10828**

               **Debtor**                                : **Chapter 13**


## PRAECIPE TO AMEND


**TO THE CLERK**:

Kindly amend the petition and docket as follows:

(     )  Correct the address of Debtor

( X )  Correct the name of Debtor

(     )  Correct the address of counsel

(     )  Correct the name of counsel

(     )  Other –

        The Debtor's correct name is:

        Joseph Nacarelli


                                    S/Diana M. Dixon
                                       Diana M. Dixon
                                       107 N. Broad Street
                                       Suite 307
                                       Doylestown, PA 18901

                                       Counsel for Debtor