WWR# 042149784

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
AT PHILADELPHIA

| | |
|---|---|
| IN RE: | CASE NO. 26-10828-djb |
| JOEPH NACARELLI | CHAPTER 13 |
| | JUDGE DEREK J BAKER |
| DEBTOR(S) | |

### NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for creditor, AMERICAN HERITAGE CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for AMERICAN HERITAGE CREDIT UNION to undersigned Attorney.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered

ECF Participants, **electronically** through the court's ECF System at the email address registered with the court

and  by **ordinary U.S. Mail** on 2nd day of April, 2026 addressed to:

DIANA M DIXON, Attorney for Debtor
DIANAMDIXONESQ@GMAIL.COM

KENNETH E WEST, Trustee
190 N INDEPENDENCE MALL W STE
PHILADELPHIA, PA 19106


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

JOEPH NACARELLI
85 WINDOVER DR
GILBERTSVILLE,  PA 19525-9452




,




Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA


/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
bronationalecf@weltman.com