**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**: Joseph Nacarelli                              Bankruptcy No. 26-10828

              Debtor                                              Chapter 13

**NOTICE OF MOTION, RESPONSE DEADLINE
AND TELEPHONIC OR VIDEO HEARING DATE**

The Debtor, Joseph Nacarelli, has filed a Motion To Sell Property Free and Clear of Liens (the "Motion") for the purpose of obtaining Court approval of the sale of the Debtor's Property located at 85 Windover Drive, Gilbertsville, PA  19525.

1.      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (if you do not  have an attorney, you may wish to consult an attorney.)**

2.      **If you do not want the Court to grant the relief sought in the Motion** or if you want the Court to consider your view on the Motion, then on or before **June 12, 2026 you or your attorney must file a response to the Motion** (see instructions on next page)

3.       A hearing on the Motion is scheduled to be held on June 18, 2026 at 11:00 a.m. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

        _____ Telephone via: (court number)

        __X__ Video Conference using the following link: zoomgov.com with JOIN meeting ID 161-0657-4791

        __X__ In-Person participation is also available for this hearing

4.      **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5.      You may contact the Bankruptcy Clerk's office for Philadelphia cases at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided
to you if you request a copy from the attorney whose name and address is listed
below.


## Filing Instructions

1.      **If you are required to file documents electronically by Local Bankruptcy
Rule 5005-2**, you must file your response electronically.

2.       **If you are not required to file electronically**, you must file your response at

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N. C. Nix Sr. Federal Building
900 Market Street
Suite 400
Philadelphia, PA  19107

3.      **If you mail your response** to the Bankruptcy Clerk's Office for filing, you
must mail it early enough so that it will be received on or before the date
stated in Paragraph 2 on the previous page of this Notice.

4.      On the same day that you file or mail your Response to the Motion, you must
mail or deliver a copy of the Response to the movant's attorney:

Diana M. Dixon, Esq.
Dixon Law Office
PO Box 8333, Wayne, PA  19087
Tele: 215-534-1258
Fax: 215-238-9879
E-MAIL: dianamdixonesq@gmail.com


**DATE:  May 22, 2026**