**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**: Joseph Nacarelli                     Bankruptcy No. 26-10828

Debtor                              Chapter 13

**CERTIFICATION OF SERVICE**

I, Diana M. Dixon, certify that on May 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:.

Documents:

Motion to Sell Real Estate with Exhibits A, B, C and D

Proposed Order

Notice, Response Deadline and Hearing Date

Certificate of Service

I certify under penalty of perjury that the above documents were sent using the mode of service indicated

Date: May 22, 2026            S/Diana M. Dixon, Esquire
                              Diana M. Dixon, Esquire #34808
                              107 N. Broad Street
                              Suite 307
                              Doylestown, PA  18901
                              215-534-1258
                              PO Box 8333
                              Wayne, PA  19087
                              Email: dianamdixonesq@gmail.com

Mailing List Exhibit (Check all that apply. If via email, include email address.

Name: Kenneth E. West, Trustee
Address: 190 N. Independence Mall West, Suite 701, Phila. PA  19106
Relationship of Party: Chapter 13 Trustee
Via:   ____1st Class Mail      ____Certified Mail      ____Email      __X__CM/ECF

Name: Office of the United States Trustee
Address: Robert N.C. Nix Fed. Cthse, 900 Market Street, Suite 320, Phila., PA  19107
Relationship of Party: US Trustee
Via:   ____1st Class Mail      ____Certified Mail      ____Email      __X__CM/ECF

Name: Joseph Nacarelli
Address: 85 Windover Drive, Gilbertsville, PA  19525
Relationship of Party: Debtor
Via:   _X___1st Class Mail      ____Certified Mail      ____Email      ____Other

Name: Ford Motor Credit Company, LLC c/o AIS Portfolio Services
Address: 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK  73118
Relationship of Party: Creditor
Via:   _X___1st Class Mail      ____Certified Mail      ____Email      ____CM/ECF

Name: SoFi Bank, NA Resurgent Capital Services
Address: PO Box 10587, Greenville, SC  29603-0587
Relationship of Party: Creditor
Via:   _X___1st Class Mail      ____Certified Mail      ____Email      ____CM/ECF

Name: American Heritage Credit Union c/o Weltman, Weinberg & Reiss Co., LPA
Address: 5990 West Creek Road, Suite 200, Independence, OH  44131
Relationship of Party: Creditor's Attorney
Via:   _X___1st Class Mail      ____Certified Mail      ____Email      ____CM/ECF

Name: Resurgent Capital Services as servicing agent for Resurgent Capital Services
Address: PO Box 10587, Greenville, SC  29603-0587
Relationship of Party: Collection Creditor
Via:   _X___1st Class Mail      ____Certified Mail      ____Email      ____CM/ECF

Name: Jefferson Capital Systems, LLC
Address: PO Box 7999, Saint Cloud, MN  56302-9617
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: Lakeview Loan Services, LLC c/o M&T Bank
Address: PO Box 840, Buffalo, NY  14240-0840
Relationship of Party: Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: Verizon by AIS InfoSource LP as agent
Address: 4515 N. Santa Fe Avenue, Oklahoma City, OK  73118
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: M&T Bank
Address: PO Box 1508, Buffalo, NY  14240
Relationship of Party: Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: Quantum 3 Group, LLC as agent for Comenity Capital Bank
Address: PO Box 788, Kirkland, WA  98083-0788
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: LVNV Funding, LLC Resurgent Capital Services
Address: PO Box 10587, Greenville, SC  29603-0587
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: Synchrony Bank by AIS InfoSource LP as agent
Address: 4515 N. Santa Fe Ave, Oklahoma City, OK  73118
Relationship of Party: Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: Portfolio Recovery Services, LLC
Address:  PO Box 41067, Norfolk, VA 23541
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: Bank of America
Address: PO Box 673033, Dallas, TX  75267-3033
Relationship of Party: Creditor
Via:  _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name:

Address:
Relationship of Party: Collection Creditor
Via:   _X___1ˢᵗ Class Mail       ____Certified Mail       ____Email       ____CM/ECF