**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**: Joseph Nacarelli                                  Bankruptcy No. 26-10828

                    Debtor                                   Chapter 13

**CERTIFICATION OF NO RESPONSE**

  **Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Motion to Sell Real Estate on or before June 14, 2026 which is more than twenty-one (21) days from when the Motion was served.

                                        S/Diana M. Dixon, Esq.
                                        Diana M. Dixon, Esq.