United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                   Case No. 26-10828-djb

Joseph Nacarelli                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                 Page 1 of 2

Date Rcvd: Jun 18, 2026                      Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  Joseph Nacarelli, 85 Windover Drive, Gilbertsville, PA 19525-9452

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DIANA M. DIXON | on behalf of Debtor Joseph Nacarelli dianamdixonesq@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MILOS GVOZDENOVIC | on behalf of Creditor American Heritage Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Diamond Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 18, 2026                       Form ID: pdf900                                 Total Noticed: 1

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph Nacarelli                      Bankruptcy No. 26-10828

       Debtor                              Chapter 13

<u>**ORDER**</u>

     AND NOW,   this 18th day of June, 2026,   upon consideration of the Motion to Sell Real Property located at 85 Windover Drive, Gilbertsville, PA 19525, filed by the Debtor, upon notice to all interested parties, and any response thereto, it is hereby

     ORDERED, that Debtor is authorized to sell his real property located at 85 Windover Drive, Gilbertsville, PA  19525 ("Property), with all liens to be paid at closing, for the sale price of $620,000.00 (six hundred and twenty thousand dollars), pursuant to the terms of the agreement of sale dated May 11, 2026 to the Buyers thereunder, Emily Schilling Boggs and Tucker Berry Boggs ("Buyers), who have been represented to be purchasing the Property at arms-length.

     The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the approximate following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters              $450.00

2. Liens paid at closing            $476,764.00

3. Real estate taxes, sewer, trash and/or other such items            $0.00

4. Property Repairs            $ 0.00

5. Real estate commission, at no greater than 45%      $27,900.00

6. Attorney's fees            $0.00

7. Pa Transfer Tax            $6,200.00

| | |
|---|---|
| 8. Other – Additional commission | $395.00 |
| Miscellaneous | $1,000.00 |
| HOA Documents | $450.00 |
| **Estimated total costs**: | $513,109.00 |
| **Estimated net proceeds**: | $106,891.00 |

This Order is contingent upon any mortgage lien(s) being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by mortgagee; and Debtor shall have (90) days from entry of this Order to sell the property.

Upon receipt of payment, any creditor(s), paid at closing, shall either (1) withdraw, (2) amend or (3) file a praecipe to mark the proof of claim as satisfied.

After payment of all liens in full and all costs of sale, the Title Clerk shall disburse all remaining funds to the Debtor. The Debtor is entitled to the proceeds as the proceeds are exempt under the applicable Sections of the Bankruptcy Code. Within 14 days of closing, if necessary, Debtor shall file a new Plan that conforms with the terms of this Order.

The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to *settlementsheet@phtrustee.com* immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

**ORDERED** that this Order shall constitute an order permitting the Debtor to make disbursements at or immediately after settlement as provided herein above.

BY THE COURT

Date: **June 18, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge