**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**: Joseph Nacarelli                           Bankruptcy No. 26-10828

Debtor                                   Chapter 13

## PRAECIPE TO AMEND

**TO THE CLERK**:

Kindly amend the petition and docket as follows:

(     )  Correct the address of Debtors

(     )  Correct the name of Debtors

(     )  Correct the address of counsel

(     )  Correct the name of counsel

(  XX  )  Other - Change the address of Debtor to the following address:

166 Everleigh Drive
Royersford, PA  19468

S/Diana M. Dixon
Diana M. Dixon
107 N. Broad Street
Suite 307
Doylestown, PA 18901

Counsel for Debtor