**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**: Joseph Nacarelli                     Bankruptcy No. 26-10828

Debtor                     Chapter 13

**CERTIFICATION OF SERVICE**

I, Diana M. Dixon, certify that on July 28, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:.

Documents:

Second Amended Plan

Certificate of Service

I certify under penalty of perjury that the above documents were sent using the mode of service indicated

Date: July 28 2026              S/Diana M. Dixon, Esquire
                               Diana M. Dixon, Esquire #34808
                               107 N. Broad Street
                               Suite 307
                               Doylestown, PA  18901
                               215-534-1258
                               PO Box 8333
                               Wayne, PA  19087
                               Email: dianamdixonesq@gmail.com

Mailing List Exhibit (Check all that apply. If via email, include email address.


Name: Kenneth E. West, Trustee
Address: 190 N. Independence Mall West, Suite 701, Phila. PA  19106
Relationship of Party: Chapter 13 Trustee
Via: _____1st Class Mail       ____Certified Mail        ____Email      __X__CM/ECF


Name: Office of the United States Trustee
Address: Robert N.C. Nix Fed. Cthse, 900 Market Street, Suite 320, Phila., PA  19107
Relationship of Party: US Trustee
Via: _____1st Class Mail       ____Certified Mail        ____Email      __X__CM/ECF


Name: Joseph Nacarelli
Address: 85 Windover Drive, Gilbertsville, PA  19525
Relationship of Party: Debtor
Via: _X___1st Class Mail       ____Certified Mail        ____Email      ____Other


Name: Ford Motor Credit Company, LLC c/o AIS Portfolio Services
Address: 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK  73118
Relationship of Party: Creditor
Via: _X___1st Class Mail       ____Certified Mail        ____Email      ____CM/ECF


Name: SoFi Bank, NA Resurgent Capital Services
Address: PO Box 10587, Greenville, SC  29603-0587
Relationship of Party: Creditor
Via: _X___1st Class Mail       ____Certified Mail        ____Email      ____CM/ECF


Name: American Heritage Credit Union c/o Weltman, Weinberg & Reiss Co., LPA
Address: 5990 West Creek Road, Suite 200, Independence, OH  44131
Relationship of Party: Creditor's Attorney
Via: _X___1st Class Mail       ____Certified Mail        ____Email      ____CM/ECF


Name: Resurgent Capital Services as servicing agent for Resurgent Capital Services
Address: PO Box 10587, Greenville, SC  29603-0587
Relationship of Party: Collection Creditor
Via: _X___1st Class Mail       ____Certified Mail        ____Email      ____CM/ECF


Name: Jefferson Capital Systems, LLC
Address: PO Box 7999, Saint Cloud, MN  56302-9617
Relationship of Party: Collection Creditor

Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Lakeview Loan Services, LLC c/o M&T Bank
Address: PO Box 840, Buffalo, NY  14240-0840
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Verizon by AIS InfoSource LP as agent
Address: 4515 N. Santa Fe Avenue, Oklahoma City, OK  73118
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: M&T Bank
Address: PO Box 1508, Buffalo, NY  14240
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Quantum 3 Group, LLC as agent for Comenity Capital Bank
Address: PO Box 788, Kirkland, WA  98083-0788
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: LVNV Funding, LLC Resurgent Capital Services
Address: PO Box 10587, Greenville, SC  29603-0587
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Synchrony Bank by AIS InfoSource LP as agent
Address: 4515 N. Santa Fe Ave, Oklahoma City, OK  73118
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Portfolio Recovery Services, LLC
Address:  PO Box 41067, Norfolk, VA 23541
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Bank of America
Address: PO Box 673033, Dallas, TX  75267-3033
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name:
Address:
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF