United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 26-10828-djb

Joseph Nacarelli                                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: 155 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Joseph Nacarelli, 166 Everleigh Drive, Royersford, PA 19468-4352 |
| 15109285 | | Bank of America (Allegiant), PO Box 672050, Dallas, TX 75267-2050 |
| 15109292 | | Capital One Card Services, PO Box 80082, Salinas, CA 93912-0082 |
| 15119278 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15109284 | + | Email/Text: bankruptcy@amhfcu.org | Jul 31 2026 02:02:00 | American Heritage Credit Union, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 15124103 | + | Email/Text: BKRMailOps@weltman.com | Jul 31 2026 02:02:00 | American Heritage Credit Union, c/o MILOS GVOZDENOVIC, Weltman, Weinberg, & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 15123874 | + | Email/Text: BKRMailOps@weltman.com | Jul 31 2026 02:02:00 | American Heritage Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 15140411 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 31 2026 02:02:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15109286 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 31 2026 02:02:00 | Barclay's Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 15109287 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 31 2026 02:02:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 15109288 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 31 2026 02:04:00 | Best Egg, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 15109291 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 02:14:15 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15109290 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 02:03:54 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15109289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 02:14:15 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15109293 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 02:03:58 | Capital One Card Services, PO Box 30256, Salt Lake City, UT 84130-0256 |
| 15109294 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 31 2026 02:02:00 | Comenity Bank (Boscov's), Bankruptcy Department, PO Box 182125, Columbus, OH |

| ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 43218-2125 |
| 15109295 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 31 2026 02:02:00 | Comenity Bank (NFL Visa), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15109296 | Email/Text: bankruptcy@diamondcu.com | Jul 31 2026 02:02:00 | Diamond Credit Union, 1600 Medical Drive, Pottstown, PA 19464 |
| 15109297 | Email/Text: bankruptcy@diamondcu.com | Jul 31 2026 02:02:00 | Diamond Credit Union, ATTN: Bankruptcy Department, 1600 Medical Drive, Pottstown, PA 19464 |
| 15116373 | + Email/Text: BKRMailOps@weltman.com | Jul 31 2026 02:02:00 | DIAMOND CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 15116631 | + Email/Text: BKRMailOps@weltman.com | Jul 31 2026 02:02:00 | Diamond Credit Union, c/o MILOS GVOZDENOVIC, Weltman, Weinberg, & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 15109298 | Email/Text: EBNBKNOT@ford.com | Jul 31 2026 02:02:00 | Ford Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962 |
| 15110272 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:14:19 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15110546 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:14:15 | Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15111982 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:14:23 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15109300 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2026 02:14:20 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 15129649 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 02:02:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15119277 | ^ MEBN | Jul 31 2026 01:58:18 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15131978 | ^ MEBN | Jul 31 2026 01:58:04 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 15152344 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15138846 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15109301 | Email/Text: camanagement@mtb.com | Jul 31 2026 02:02:00 | M&T Bank, Lending Ser., Cust. Support, PO Box 1288, Buffalo, NY 14240-1288 |
| 15109302 | Email/Text: camanagement@mtb.com | Jul 31 2026 02:02:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 15133764 | + Email/Text: camanagement@mtb.com | Jul 31 2026 02:02:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15140189 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 31 2026 02:45:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15109303 | + Email/Text: recovery@paypal.com | Jul 31 2026 02:02:00 | Pay Pal, Inc., ATTN: Legal Department, 2211 North First Street, San Jose, CA 95131-2021 |
| 15109304 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:03:45 | PayPal, PO Box 5138, Timonium, MD 21094-5138 |
| 15109305 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:14:15 | PayPal Credit, PO Box 5138, Timonium, MD |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 21094-5138 |
| 15137569 | | Email/Text: bnc-quantum@quantum3group.com | Jul 31 2026 02:02:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15128119 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:15 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15115019 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:19 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15140064 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 31 2026 02:14:19 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15109306 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:03:59 | Synchrony Bank (Care Credit), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15109307 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:14:15 | Synchrony Bank (Venmo), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15109308 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:03:58 | Synchrony Bank (Verizon), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15158686 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 31 2026 02:02:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15133112 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 31 2026 02:14:15 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15118538 | *+ | DIAMOND CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 15109299 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962 |
| 15152366 | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15140537 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2        User: admin        Page 4 of 4

Date Rcvd: Jul 30, 2026        Form ID: 155        Total Noticed: 47

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DIANA M. DIXON | |
| | on behalf of Debtor Joseph Nacarelli dianamdixonesq@gmail.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MILOS GVOZDENOVIC | |
| | on behalf of Creditor American Heritage Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| MILOS GVOZDENOVIC | |
| | on behalf of Creditor Diamond Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Joseph Nacarelli )         Case No. 26–10828–djb
 )
 )
   Debtor(s). )         Chapter: 13
 )
 )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 30, 2026                For The Court

                                      Derek J Baker
                                      Judge, United States Bankruptcy Court